## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT OWENSBORO

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                               **CRIMINAL ACTION NO.:  4:21-CR-00006-JHM**

**JAMES KEITH RAY**                                              **DEFENDANT**

<u>ORDER</u>

This matter being before the Court upon motion of the United States to dismiss the Indictment, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the motion of the United States is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Indictment filed in this matter is hereby DISMISSED, without prejudice.

Dated: <u>June 16, 2021</u>

Joseph H. McKinley Jr., Senior Judge
United States District Court

Copies to:  Counsel of record
US Marshal